# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

Clifford W. Taylor,
Chief Justice

130805

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARCIA HARRIS,
      Plaintiff-Appellant,

v

SC: 130805
COA: 253546
Oakland CC: 2003-046838-NO

SEARS, ROEBUCK and COMPANY, and
SCHINDLER ELEVATOR CORPORATION,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the November 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

_____
Clerk

s0913